UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOUGLAS LAKE,
        Plaintiff,

v.                                  Case No: 6:15-cv-468-Orl-28GJK

BNG CONSTRUCTION, INC.,
        Defendant.

## ORDER

This case is before the Court on the Motion for Default Judgment (Doc. 18) filed by Plaintiff. The assigned United States Magistrate Judge has submitted a Report (Doc. 19) recommending that the motion be granted. Plaintiff has filed a Notice of No Objection (Doc. 20) to the Report. No objections to the Report have been filed.

After review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment (Doc. 18) is **GRANTED**.

3. The Clerk is directed to enter a judgment providing that Plaintiff, Douglas Lake, recovers from Defendant, BNG Construction, Inc., the sum of $56,019.00, for which let execution issue. After entry of judgment, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida, on April 1st, 2016.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record